The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| PAMELA SWETZOF and MATTHEW SWETZOF, wife and husband and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-05705-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MATTHEW SWETZOF |

## **JOINT STIPULATION**

COME now the parties hereto, by and through the undersigned counsel of record, and hereby stipulate that Plaintiff Matthew Swetzof be dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Dismissal includes any and all claims, counterclaims, and crossclaims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date. Each party to bear their own fees and costs.

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF
MATTHEW SWETZOF [3:21-cv-05705-BJR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 5th day of January, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | LAW OFFICES OF GREG S. MEMOVICH, PLLC |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email: erin.hoar@usdoj.gov | *s/ Greg S. Memovich*<br>Greg S. Memovich, WSBA No. 13588<br>Law Offices of Greg S. Memovich, PLLC<br>9301 Linder Way, Ste. 201<br>Silverdale, WA 98383<br>Telephone: (360) 692-1347<br>Fax: (360) 692-3893<br>Email: greg@injurylawkitsap.com |
| *Attorneys for Defendant United States of America* | *Attorney for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF
MATTHEW SWETZOF [3:21-cv-05705-BJR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that Plaintiff Matthew Swetzof be dismissed from this action with prejudice and without costs or fees to either party.

DATED this 6th day of January, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF
MATTHEW SWETZOF [3:21-cv-05705-BJR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970