Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA SWETZOF,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATE OF AMERICA,<br><br>Defendants. | No. 3:21-cv-05705-BJR<br><br>ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINE |

This matter having come before the court on the motion of the Plaintiff to extend the expert witness disclosure deadline as it pertains to plaintiff's expert, Dr. Richard Adler, and the court having reviewed the Motion, supporting Declaration of Counsel, and the records and files herein,

It is Ordered that Plaintiff has until July 19, 2022 to supplement his expert witness disclosure as it pertains to his expert, Dr. Richard Adler.

DATED this 5th day of July, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Case No. 3:21-cv-05705-BJR

ORDER EXTENDING EXPERT
WITNESS DISCLOSURE - 1

LAW OFFICES OF GREG S. MEMOVICH, PLLC
9301 Linder Way NW, Suite 201
Silverdale, WA 98383
(360) 692-1347

PRESENTED BY:

*s/ Greg S. Memovich*
GREG S. MEMOVICH, WSBA #13588
Law Offices of Greg Memovich, PLLC
9301 Linder Way, Suite 201
Silverdale, WA 98383
Phone: (360) 692-1347
Fax: (360) 692-3893
memovichlaw@gmail.com
Attorney for Plaintiff

APPROVED AS TO FORM

*s/*
ERIN K. HOAR, CA No. 311332
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: erin.hoar@usdoj.gov
Attorney for the United States

## DECLARATION OF SERVICE

The undersigned declares as follows:

On this day mailed and emailed the foregoing to:

Erin Hoar
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Email: erin.hoar@usdoj.gov

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated at Silverdale, Washington this 1st day of July 2022.

*/S/ Greg S. Memovich*

Case No. 3:21-cv-05705-BJR

ORDER EXTENDING EXPERT
WITNESS DISCLOSURE - 2

**LAW OFFICES OF GREG S. MEMOVICH, PLLC**
9301 Linder Way NW, Suite 201
Silverdale, WA  98383
(360) 692-1347